UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA )
)
v. ) Case No.: 02cr355(2)(MJD/JGL)
)
JOCAT OCTAVIO JANAZ )
a/k/a Domingo Perales Rodriguez )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X )Ad Prosequendum ( )Ad Testificandum

Name of Detainee: JOCAT OCTAVIO JANAZ a/k/a Domingo Perales Rodriguez
Detained at (custodian): Dakota County

Detainee is: a.) ( X ) charged in this district by:
( X ) Indictment ( )Information ( ) Complaint
Charging Detainee With: aiding and abetting and conspiracy to distribute cocaine
or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of this proceeding
or b.) ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on April 26, 2005 at 9:00 a.m. in the courtroom of the Honorable Janie S. Mayeron
Dated: April 11, 2005

ANN M. ANAYA, AUSA

## WRIT OF HABEAS CORPUS

(X )Ad Prosequendum ( )Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

4/11/05
Date

Janie S. Mayeron
United States District/Magistrate Judge

Please provide the following, if known:

A.K.A.(s) (if applicable):
Booking or Fed. Reg.#:
Facility Address: 1580 Hwy 55
Hastings, MN 55033
Facility Phone: 651-438-4700
Currently Incarcerated:

Gender: Male
DOB:
Race:
FBI #:

FILED APR 11 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

SCANNED
APR 12 2005
U.S. DISTRICT COURT ST. PAUL

RETURN OF SERVICE

Executed on by
(Signature)

writ issued & deld to USM @ 3:47pm on 4/11/05. kah

# U.S. Marshals Service, District of Minnesota

Fact Sheet For Production of Prisoners Via Writ of Habeas Corpus

DATE: April 11, 2005

1. NAME OF PRISONER (INCLUDING ALIASES): Jocat Octavio Janaz a/k/a Domingo Perales Rodriguez

2. PRISONER DATE OF BIRTH: __________

3. PRISONER REGISTRATION NUMBER/ MARSHALS NUMBER / STATE I.D. NUMBER:

   ____________________________

4. RACE: ____________________________________________

5. SEX: Male ____________________________

6. NAME AND PHONE NUMBER OF INSTITUTION PRESENTLY HOUSING PRISONER:
   Dakota County, 651-438-4700

7. MEDICAL CLEARANCE:

   Has the prisoner tested positive for TB, have active TB, or is presently TB contagious?

   -

   Does the prisoner have any other contagious diseases? If so, what disease?

   Prisoner contagious.
   Disease if contagious:

   Does the prisoner have any other medical needs such as insulin, oxygen, wheelchair, special medication, etc.?

8. DATE OF LAST CONTACT WITH INSTITUTION (MUST BE WITHIN 7 DAYS OF ISSUANCE OF WRIT):

   April 11, 2005

9. NAME OF ASSISTANT U.S. ATTORNEY REQUESTING WRIT:

   Ann M. Anaya ____________________________________________

10. NAME AND AGENCY OF CASE AGENT HANDLING THE CASE (IF APPLICABLE):
    Task Force Officer Rob Thomasser, DEA