# *United States District Court*

STATE AND DISTRICT OF MINNESOTA

CR02-355 MJD/KGL

UNITED STATES OF AMERICA
V.
JOCAT OCTAVIO JANAZ A/K/A "TONY"
CONSTANTINO BUSTOS CONTRERES A/K/A ARTURO LEON GONZALES

**WARRANT FOR ARREST**

CASE NUMBER: ~~02-MG-378-SRN~~

0341-1106-0085-2

RECEIVED U.S. MARSHAL MPLS., MINN. NOV 6 3 35 PM '02

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOCAT OCTAVIO JANAZ A/K/A "TONY"
name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

On or about October 22, 2002 in Ramsey County, in the State and District of Minnesota, defendant(s) did knowingly and intentionally conspired to possess with intent to distribute and distribute approximately 996 grams of cocaine

in violation of Title 21 United States Code, Section(s) 846 and 841(b)(1)(B)

Susan Richard Nelson
NAME OF ISSUING OFFICER

U.S. MAGISTRATE JUDGE
TITLE OF ISSUING OFFICER

Susan Richard Nelson
SIGNATURE OF ISSUING OFFICER

November 4, 2002 St. Paul, Minnesota
DATE AND LOCATION

ARRESTED ON 4-26-05
ARRESTED BY USMS (WHCAP)
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

Bail fixed at $ ______ by ______

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

SCANNED
APR 27 2005
U.S. DISTRICT COURT MPLS