A0 442 (Rev. 5/93) Warrant for Arrest

# *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MINNESOTA*

UNITED STATES OF AMERICA

V.

Jocat Octavio Janez, a/k/a "Tony"

**WARRANT FOR ARREST**

CASE NUMBER: CR **02-355(1)(MJD/JGL)**

0341-1114-0101-2

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Jocat Octavio Janez, a/k/a "Tony"
680 Virginia Street
St. Paul, MN

and bring him or her forthwith to the nearest magistrate judge to answer a(n) indictment

charging him or her with conspiracy to distribute and to possess with intent to distribute cocaine, Ct 1, 21 USC 846 and 841(b)(1)(B), aiding & abetting possession with intent to distribute cocaine, Ct 2, 21 USC 841(a)(1) and (b)(1)(B); 18 USC 2

Ordered by Jonathan G. Lebedoff, United States District Court Magistrate Judge

NOV 14 8 56 AM '02
RECEIVED
U.S. MARSHAL
MPLS., MINN.

Betty L. Williams
(By) Deputy Clerk, Betty L. Williams

November 13, 2002 - Mpls, Minnesota

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 4-26-05
ARRESTED BY OSMC (WHCAP)
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
APR 27 2005
U.S. DISTRICT COURT MPLS

n:/.../warrant.frm