**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: **02-355(02) (MJD/JGL)** |
| | ) | Date: 5/2/05 |
| **JOCAT OCTAVIO JANEZ,** | ) | Court Reporter: N/A |
| a/k/a "TONY," | ) | Tape Number: TAPE # NOT AVAILABLE |
| | ) | Time Commenced: 11:00 a.m. |
| Defendant. | | Time Concluded: 11:05 a.m. |
| | | Time in Court: 0 Hours & 5 Minutes |

## APPEARANCES:

Plaintiff: Ann Anaya
Defendant: Andrea George : FPD 9 Retained 9 To be appointed
Interpreter / Language: NA // ENGLISH

**Date Charges Filed**: **11/13/02** **Offense**: **Narcotics**

: Charges read into record 9 Waived Reading of Charges : Advised of Rights

**on** : Indictment 9 Information 9 Complaint Violation of 9 Pre-trial Release 9 Supervised Release

9 **Charges from other District**

: Government moves for detention.
Motion is : granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.
**Bond set in the amount of $* with conditions, see Order Setting Conditions of Release.**

**Next appearance date is at 5/3/05, 9:15 a.m. before U.S. Magistrate Judge Lebedoff for**:

: **detention hrg** 9 **preliminary hrg** : **arraignment**

9 **removal hrg** 9 **preliminary revocation**

9 Detention hearing waived 9 Detention hearing waived 9 Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/Joan Flood
Signature of Judicial Assistant