**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
**Jocat Octavio Janez (01)**, )
)
Defendant. )

## COURT MINUTES - CRIMINAL

BEFORE: Jonathan G. Lebedoff
U.S. Chief Magistrate Judge

Case No: CR 02-355 MJD/JGL
Date: May 3, 2005
Court Reporter: None
Tape Number: Not available
Time Commenced: 9:45 a.m.
Time Concluded: 9:50 a.m.
Time in Court: 5 Minutes

____ **PRELIMINARY HRG ONLY** T **DETENTION HRG**

___ **PRELIMINARY/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Mike Cheever
Assistant U.S. Attorney

**Defendant:** Andrea George
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English

On T Indictment 9 Information 9 Complaint Violation of 9 **Pre-trial Release** 9 **Supervised Release**

9 **Charges from other District** ______________________________

T Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before ________________on__________________.

9 Removal Order to be Issued 9 No Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Defendant also arraigned; see separate minutes.**

s/Joan Flood
Signature of Judicial Assistant