# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOCAT OCTAVIO JANEZ,

Defendant.

## COURT MINUTES - CRIMINAL
BEFORE: JONATHAN LEBEDOFF
CHIEF U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | CR. 02-355(01) (MJD/JGL) |
| Date: | May 3, 2005 |
| Court Reporter: | N/A |
| Tape Number: | TAPE # NOT AVAILABLE |
| Time Commenced: | 9:45 a.m. |
| Time Concluded: | 9:50 a.m. |
| Time in Court: | 5 Minutes |

APPEARANCES:

Plaintiff: Mike Cheever, AUSA
Defendant: Andrea George, FPD

Interpreter / Language: NA // English

**True Name if different from charging instrument:**
9 **Parties ordered to file stipulation or proposed order for name change**
9 **Clerk of Court is directed to change the name to:**

: Reading of **11/13/02** Indictment Waived 9 Indictment Read into Record : Not Guilty Plea Entered

**Disclosure Due Date**: **5/11/05**

**Motion Filing Date**: **5/19/05**

**Motion Hearing Date**: **5/26/05 at 10:00 a.m.** **Before**: **Chief MJ Jonathan Lebedoff**

**Voir Dire/Jury Instruction Due Date**: **7/11/05**

**Trial Date**: **7/18/05 at 9:00 a.m.** **Before**: **Judge Michael J. Davis**

Other Remarks: **Defendant identified himself as Marco Antonio Lucio**.

9 Counsel to be notified of additional dates by separate Order to be issued.

s/ Joan Flood
Signature of Judicial Assistant