UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355(01) (MJD/JGL)

UNITED STATES OF AMERICA,

Plaintiff,

v. O R D E R

JOCAT OCTAVIO JANEZ,

Defendant.

A hearing was held before the undersigned Chief United States Magistrate Judge on May 3, 2005. Defendant was present in court with his attorney, Andrea George. The government was represented by Assistant United States Attorney Mike Cheever.

Defendant waived the reading of the indictment and entered a plea of not guilty.

IT IS HEREBY ORDERED that:

1. The government shall make all disclosures required by Federal Rule of Criminal Procedure 16 by May 11, 2005. In order to avoid the need for a recess of the motions hearing, the government is requested to make, by May 11, 2005, all disclosures which will be required by Fed.R.Crim.P. 26.2 and 12(i).

2. All motions in the above-entitled case shall be filed and served on or before May 19, 2005. **A courtesy copy of all motions shall be delivered directly to the office of Chief Magistrate Judge Lebedoff;**

3. All motions shall be heard before Chief Magistrate Judge Jonathan G. Lebedoff on May 26, 2005, at 10:00 a.m., in

Courtroom 9East, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota;

4. All voir dire questions and jury instructions shall be submitted to Judge Davis on or before July 11, 2005; and

5. This case shall commence trial on July 18, 2005, at 9:00 a.m. before Judge Michael J. Davis.

DATED: May 4, 2005

s/ Jonathan G. Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge