UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355 (1) (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCAT OCTAVIO JANEZ,<br><br>Defendant. | DEFENDANT'S PRETRIAL MOTION FOR DISCLOSURE OF 404 EVIDENCE |

The defendant, Jocat Octavio Janez, by and through his attorney, Andrea K. George, hereby moves the Court for an order directing the government to immediately disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404 of the Federal Rules of Evidence and further directing the government to identify the witnesses through whom such evidence will be presented at trial.

This motion is based on the indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Dated: May 19, 2005

Respectfully submitted,

***s/ Andrea K. George***

ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
Minneapolis, MN 55415