UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355 (01) (MJD/JGL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION FOR DISCOVERY AND INSPECTION |
| | ) | |
| JOCAT OCTAVIO JANEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, by and through his attorney, Andrea K. George, respectfully moves the Court and requests the government to disclose the following information:

1. Any and all written or recorded statements made by the defendant or copies thereof within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known to the attorney for the government.

2. That portion of any written record containing the substance of any relevant oral statement made by the defendant whether before or after arrest in response to interrogation by a known government agent.

3. Substance of any relevant oral statement made by the defendant whether before or after arrest in response to interrogation by any person, known to the defendant to be a government agent , if the government intends to use that statement at trial.

4. A copy of the prior criminal record of the defendant, if any, which is in the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known to the attorney for the government.

5. Permission for the defendant to inspect and copy or photograph books, papers, documents, photographs, tangible objects which are within the possession, custody or control of the government and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at the trial, or were obtained from or belonged to the defendant.

6. Permission for the defendant to inspect and copy any audio or video recordings made during the course of the investigation of this case.

7. Permission to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments or copies thereof which are within the possession, custody or control of the government and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at trial.

8. A written summary of testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial. This summary must describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications.

If prior to trial, the government discovers additional evidence or material previously requested or ordered which is subject to discovery or inspection hereinbefore requested, the government is requested to notify attorney for the defendant the existence of the additional material.

Dated: May 19, 2005

Respectfully submitted,

***s/ Andrea K. George***

ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
Suite 107, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415