UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355 (01) (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCAT OCTAVIO JANEZ,<br><br>Defendant. | MOTION FOR DISCOVERY OF EXPERT UNDER RULE 16(a)(1)(G) |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the defendant, by and through his undersigned counsel, hereby moves the Court for a written summary of the expert testimony the government intends to use in the above-entitled trial. This summary must describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications all pursuant to Rule 16(a)(1)(G).

This motion is based on all records, filings and proceedings herein.

Dated: May 19, 2005

Respectfully submitted,

***s/ Andrea K. George***

ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
Suite 107, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415