UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355 (01) (MJD/JGL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO SUPPRESS EVIDENCE |
| v. | ) | OBTAINED AS A RESULT OF |
| | ) | SEARCH AND SEIZURE |
| JOCAT OCTAVIO JANEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Jocat Octavio Janez, by and through his attorney, Andrea K. George, respectfully moves the Court pursuant to Rule 12, Federal Rules of Criminal Procedure, to suppress any physical evidence obtained as a result of a search and seizure on the following grounds:

1. That any search warrant issued in this case was issued without a sufficient showing of probable cause in the supporting affidavit, and was therefore issued in error by the United States Magistrate Judge and that the search warrant involved was executed in an illegal and unlawful manner, and not in good faith.

2. That any searches and seizures were conducted without warrant, without probable cause and lacking in any exigent circumstances.

That this motion is based on the indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Dated: May 19, 2005

Respectfully submitted,

***s/ Andrea K. George***

ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
Suite 107, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415