UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355 (01) (MJD/JGL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCAT OCTAVIO JANEZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MOTION TO SUPPRESS STATEMENTS, ADMISSIONS AND ANSWERS |

The defendant through his undersigned attorney, moves the Court for an order suppressing all statements, admissions and answers made by the defendant prior to, at the time of, or subsequent to her arrest.

As grounds for said motion, defendant states:

1. That any statements, admissions or answers made by the defendant were made without the assistance or benefit of counsel in violation of defendant's Fifth Amendment and Sixth Amendment rights under the Constitution of the United States.

2. That any statements, admissions, or answers made by the defendant prior to, at the time of, or subsequent to his arrest were not given freely and voluntarily, thereby violating this defendant's rights under the Fourth Amendment and Fifth Amendment to the Constitution of the United States.

3. That the arrest of the defendant was unlawful and without probable cause and not in a public place and no exigent circumstances support the arrest without a warrant.

4. For such other reasons as may appear upon an oral hearing of this motion.

Dated: May 19, 2005

Respectfully submitted,

***s/ Andrea K. George***

ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
Suite 107, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415