# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

JOCAT OCTAVIO JANEZ,
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 02-355 (01) (MJD/JGL)

I hereby certify that on May 19, 2005, I caused the following document(s):

1. Defendant's Pretrial Motion for Disclosure of 404 Evidence;
2. Motion to Compel Attorney for the Government to Disclose Evidence Favorable to the Defendant;
3. Motion for Discovery and Inspection;
4. Motion for Discovery of Expert Under Rule 16(a)(1)(G);
5. Motion to Suppress Evidence Obtained as a Result of Search and Seizure;
6. Motion to Suppress Statements, Admissions, and Answers;
7. Defendant's Motion for Government Agents to Retain Rough Notes;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Ann Anaya
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: May 19, 2005

*s/ Andrea K. George*
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415