**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,** Criminal No. 02-355 (MJD/JGL)

Plaintiff,

v. **O R D E R**

**JOCAT OCTAVIO JANEZ (01), a/k/a "Tony,"**

Defendant.

APPEARANCES

Ann Anaya, Esq., Assistant United States Attorney, on behalf of Plaintiff United States of America

Andrea George, Esq., Assistant Federal Public Defender, on behalf of Jocat Octavio Janez

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came before the undersigned Chief Magistrate Judge on Motions by Defendant. The matter is scheduled to be tried before the Honorable Michael J. Davis beginning on July 18, 2005. The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636(b)(1) and D. Minn. LR 72.1.

On November 13, 2002, Defendant Jocat Octavio Janez (01) was indicted, along with Constantino Bustos Contreres (02), on one charge of

Conspiracy to Distribute and Possess with Intent to Distribute in excess of five hundred grams or more of a mixture and substance containing a detectable amount of cocaine in violation of 21 U.S.C. §§ 846 and 841(b)(a)(B) (Count I). Count II charged Defendants Janez and Contreres with Aiding and Abetting Possession with Intent to Distribute cocaine, in contravention of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). Contreres was immediately arrested, and entered into a plea agreement with the Government in February 2003. However, the bench warrant issued for Defendant Janez in November 2002 was not returned until April 2005.

Defendant Janez is now detained and, through his counsel, has filed several pretrial motions including boilerplate Motions to Suppress Evidence and to Suppress Statements, Admissions, and Answers. Defendant filed no other dispositive motion, nor any other motion for which testimony or evidence would be taken. Prior to the pretrial motions hearing scheduled for May 26, 2005, the Court received an averment from the Government that there were no searches conducted in this matter and no statements made by Defendant Janez. Additionally, the Government has neither voiced nor filed any opposition to Defendant's non-dispositive motions.

Accordingly, and upon the oral stipulation of counsel, the Court cancelled the scheduled motions hearing. Instead, this Order addresses

Defendant's non-dispositive motions on the papers. Defendant's now moot dispositive motions are addressed in an accompanying Report and Recommendation.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Defendant's Pretrial Motion for Disclosure of 404 Evidence (Doc. No. 32) is **GRANTED**. Such disclosures shall be made no later than one week prior to trial;

(2) Defendant's Motion to Compel Attorney for the Government to Disclose Evidence Favorable to the Defendant (Doc. No. 33) is **GRANTED** to the extent required by Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and their progeny;

(3) Defendant's Motion for Discovery and Inspection (Doc. No. 34) is **GRANTED**;

(4) Defendant's Motion for Discovery of Expert Under Rule 16(a)(1)(G) (Doc. No. 35) is **GRANTED**. Such disclosures shall be made as soon as practicable, but in no case later than two weeks prior to trial; and

(5) Defendant's Motion for Government Agents to Retain Rough Notes (Doc. No. 38) is **GRANTED**.

Dated: May 31, 2005

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge