**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 02-355 (MJD/JGL) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| **JOCAT OCTAVIO JANEZ (01), a/k/a "Tony,"** | |
| Defendant. | |

APPEARANCES

Ann Anaya, Esq., Assistant United States Attorney, on behalf of Plaintiff United States of America

Andrea George, Esq., Assistant Federal Public Defender, on behalf of Jocat Octavio Janez

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came before the undersigned Chief Magistrate Judge on Motions by Defendant.  The matter is scheduled to be tried before the Honorable Michael J. Davis beginning on July 18, 2005.  The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636(b)(1) and D. Minn. LR 72.1.

On November 13, 2002, Defendant Jocat Octavio Janez (01) was indicted, along with Constantino Bustos Contreres (02), on one charge of

Conspiracy to Distribute and Possess with Intent to Distribute in excess of five

hundred grams or more of a mixture and substance containing a detectable

amount of cocaine in violation of 21 U.S.C. §§ 846 and 841(b)(a)(B) (Count I).

Count II charged Defendants Janez and Contreres with Aiding and Abetting

Possession with Intent to Distribute cocaine, in contravention of 21 U.S.C. §§

841(a)(1) and 841(b)(1)(B).   Contreres was immediately arrested, and entered

into a plea agreement with the Government in February 2003.   However, the

bench warrant issued for Defendant Janez in November 2002 was not

returned until April 2005.

Defendant Janez is now detained and, through his counsel, has

filed several pretrial motions including boilerplate Motions to Suppress

Evidence and to Suppress Statements, Admissions, and Answers.   Defendant

filed no other dispositive motion, nor any other motion for which testimony or

evidence would be taken.   Prior to the pretrial motions hearing scheduled for

May 26, 2005, this Court received an averment from the Government that

there were no searches conducted in this matter and no statements made by

Defendant Janez.   Additionally, the Government has neither voiced nor filed

any opposition to Defendant's non-dispositive motions.

Accordingly, and upon the oral stipulation of counsel, the Court

cancelled the scheduled motions hearing.   Instead, this Report and

Recommendation addresses Defendant's dispositive motions, while an

accompanying Order addresses the non-dispositive motions on the papers.


Based upon the foregoing, and all the files, records, and

proceedings herein, **IT IS HEREBY RECOMMENDED**:

(1)    Defendant's Motion to Suppress Evidence Obtained as a

Result of Search and Seizure (Doc. No. 36) should be **DENIED AS MOOT** as

there are none; and

(2)    Defendant's Motion to Suppress Statements, Admissions

and Answers (Doc. No. 37) should be **DENIED AS MOOT** as there are none.


Dated: May 31, 2005

       s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge


Pursuant to D. Minn. LR 72.2(b), any party may object to this Report and
Recommendation by filing with the Clerk of Court and serving all parties by
June 17, 2005, a copy of specific, written objections.  A party may respond to
the objections within ten days after service thereof.  All objections and
responses filed under this rule shall not exceed 3,500 words.  A District Judge
shall make a de novo determination of those portions to which objection is
made.  Failure to comply with this procedure shall operate as a forfeiture of
the objecting party's right to seek review in the United States Court of Appeals
for the Eighth Circuit.  Unless the parties are prepared to stipulate that the
District Court is not required by 28 U.S.C. § 636 to review a transcript of the
hearing in order to resolve all objections made to this Report and

Recommendation, the party making the objections shall timely order and cause to be filed within ten days a complete transcript of the hearing.