# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 02-355 (MJD/JGL) |
| Plaintiff, | |
| v. | **O R D E R** |
| **JOCAT OCTAVIO JANEZ (01), a/k/a "Tony,"** | |
| Defendant. | |

APPEARANCES

Ann Anaya, Esq., Assistant U.S. Attorney, on behalf of Plaintiff United States of America

Andrea George, Esq., Assistant Federal Public Defender, on behalf of Jocat Octavio Janez

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated May 31, 2005, all the files, records and proceedings herein, and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED:**

(1) Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 36) is **DENIED AS MOOT** as there are none; and

(2) Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 37) is **DENIED AS MOOT** as there are none.

Dated: June 27, 2005    s/ Michael J. Davis
                        MICHAEL J. DAVIS
                        United States District Court