UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355(1) MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW AND |
| | ) | FOR APPOINTMENT OF |
| JOCAT OCTAVIO JANEZ, | ) | SUBSTITUTE COUNSEL |
| | ) | |
| Defendant. | ) | |

Comes now Andrea K. George, appointed counsel for Jocat Octavio Janez, and hereby moves the Court to allow counsel to withdraw from the defendant's representation and that substitute counsel be appointed to represent the defendant in the above proceedings.

The defendant is represented by present counsel by appointment under the CJA Act. However, it has comes to counsel's attention that there is a conflict of interest.

Therefore, counsel requests that the Court grant this motion to withdraw and that William Orth, a member of the Criminal Justice Act Panel be appointed to represent the defendant.

Dated: August 11, 2005

Respectfully submitted,

*s/Andrea K. George*
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
Minneapolis, MN 55415