# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | **CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER** |
| v. | |
| Jocat Octavio Janez<br>Defendant. | Criminal No: 02-355(1) MJD/JGL |

I hereby certify that on August 11, 2005, I caused the following document(s):

1. Motion to Withdraw and for Appointment of Substitute Counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Ann Anaya
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

I further certify that I caused the proposed order to be filed with the court via e-mail to the judicial officer hearing the motion:

Honorable Michael J. Davis

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Ann Anaya
Assistant U.S. Attorney
SERVED VIA E-MAIL

Dated: August 11, 2005

*s/Andrea K. George*
Andrea K. George
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415