UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355(1) MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCAT OCTAVIO JANEZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

Upon application of the defendant, the Court finds that it is in the interest of justice that present counsel, Andrea K. George, be relieved of his assignment to represent the defendant, Jocat Octavio Janez, in the above entitled case. The Court directs that William Orth be appointed to continue the representation of the defendant before this Court.

Dated: August _12__, 2005

__s/Michael J. Davis______________
Honorable Michael J. Davis
U.S. District Judge