# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

United States of America,
Plaintiff

v.

Jocat Octavio Janez
Defendant

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Case No: 02-355(1) MJD/JGL

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that William Orth is substituted as appointed counsel in place of Andrea K. George in the representation of the above named defendant.

Dated: August 12, 2005

*s/William M. Orth*
WILLIAM M. ORTH
Attorney ID No. 127504
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: August 12, 2005

*s/Andrea K. George*
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415