UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355(1)(MJD/JGL)

---

United States of America,

Plaintiff,

**JANEZ' SPEEDY TRIAL WAIVER**

vs.

Jocat Octavio Janez,

Defendant.

---

Defendant Jocat Octavio Janez, by and through undersigned counsel, hereby waives any and all rights to a speedy trial under the Speedy Trial Act [18 U.S.C. §3161, et seq.] and the Sixth Amendment on the grounds that undersigned counsel has been recently appointed; undersigned counsel has not been able to adequately prepare for trial; and the fact that with full disclosure of undersigned counsel's recent appointment, Mr. Janez consents to this speedy trial waiver.

Dated: September 1, 2005

Respectfully submitted,

**WILLIAM M. ORTH**

By s/William M. Orth

William M. Orth
MN No. 127504; WI No. 1019335
247 Third Avenue South
Minneapolis, MN 55415
(612) 333-6440

Attorney for Defendant