UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355(1)(MJD/JGL)

United States of America,

Plaintiff,

vs.

Jocat Octavio Janez,

Defendant.

**JANEZ CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2005, I electronically filed Defendant Janez' Speedy Trial Waiver with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ann Anaya, Esq., Assistant United States Attorney.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Magistrate Judge Jonathan G. Lebedoff
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: September 1, 2005

Respectfully submitted,

**WILLIAM M. ORTH**

By s/William M. Orth

William M. Orth
MN No. 127504; WI No. 1019335
247 Third Avenue South
Minneapolis, MN 55415
(612) 333-6440
Attorney for Defendant