UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355(1)(MJD/JGL)

United States of America,

Plaintiff,

vs.

Jocat Octavio Janez,

Defendant.

**JANEZ' REASSERTION OF SPEEDY TRIAL WAIVER**

Defendant Jocat Octavio Janez, by and through undersigned counsel, hereby reasserts wavier of any and all rights to a speedy trial under the Speedy Trial Act [18 U.S.C. §3161, et seq.] and the Sixth Amendment - - on the grounds previously advanced on August 31, 2005 and on the additional grounds that this case is not ripe for disposition.

Dated: January 10, 2006

Respectfully submitted,

**WILLIAM M. ORTH**

By s/William M. Orth

William M. Orth
MN No. 127504; WI No. 1019335
247 Third Avenue South
Minneapolis, MN 55415
(612) 333-6440

Attorney for Defendant