UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-355(1)(MJD)

---

United States of America,

Plaintiff,

**JANEZ CERTIFICATE OF SERVICE**

vs.

Jocat Octavio Janez,

Defendant.

---

I hereby certify that on January 10, 2006, I electronically filed Defendant Janez' Reassertion of Speedy Trial Waiver with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ann Anaya, Esq., Assistant United States Attorney

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Mr. Jocat Octavio Janez

Dated: January 10, 2006

Respectfully submitted,

**WILLIAM M. ORTH**

By s/William M. Orth

William M. Orth
MN No. 127504; WI No. 1019335
247 Third Avenue South
Minneapolis, MN 55415
(612) 333-6440
Attorney for Defendant