UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Criminal No.: 02-355 (MJD/SRN)

UNITED STATES OF AMERICA,

Plaintiff,

Ann Anaya
(Assistant U.S. Attorney)

v.

**TRIAL NOTICE**

(1) JOCAT JANEZ,

Defendant.

Bill Orth
(Attorney for Defendant)

---

The case listed is set for trial before Judge Michael J. Davis on **Monday, April 10, 2006, at 10:00 a.m.**

To assist the Court and counsel in achieving a just, speedy, and less costly determination of cases pending before the Court,

1. TWO HARD COPIES of the following items must be RECEIVED by the calendar clerk[1] no later than **12:00 noon, Monday, March 27, 2006**. One copy of the same items must be RECEIVED by opposing counsel, filed on ECF and e-mailed to Judge's chambers e-mail box, by the same date and time as stated above.

A) Such questions as counsel desires the Court to ask the jurors on voir dire examination.

B) Proposed jury instructions. The parties are **REQUIRED** to jointly submit one set of **AGREED UPON** instructions on the date noted

---

[1] The **copies** to the Court are to be 3-hole punched.

above, except for those whose needs could not be foreseen. To this end, the parties are required to serve their proposed instructions upon each other prior to the filing deadline. The parties should then meet, confer, and submit **one set of agreed upon** instructions. **THE INSTRUCTIONS SHOULD BE SUBMITTED IN HARD COPY AND E-MAILED TO davis_chambers@mnd.uscourts.gov**. Each instruction shall be on a separate page and shall contain citation of legal authority.

C) Motions In Limine are to be filed on ECF, e-mailed to chambers e-mail box, one hard copy to the opposing counsel and two hard copies 3-hole punched hand delivered to chambers by **Monday, March 27, 2006, at noon.** If you do not plan on filing any motions, please contact the calendar clerk to alert her of that fact by the deadline stated above.

D) Responses to motions In Limine are to be filed on ECF, e-mailed to the chambers e-mail box, one hard copy to opposing counsel and two hard copies 3-hole punched hand delivered to chambers on **Wednesday, March 29, 2006, by noon**. If you do not plan on filing any responses, please contact the calendar clerk to alert her of that fact by the deadline stated above.

2. The exhibit and witness lists must be received by the Court along with the proposed voir dire and jury instructions by **Monday, March 27, 2006, at noon**. All exhibit and witness lists are also to be e-mailed to chambers e-mail box by the date and

time stated above. Further, any amended exhibit or witness lists are to be e-mailed to chambers e-mail box, as well as two courtesy hard copies 3-hole punched, hand delivered to chambers, as soon as created by the parties. The exhibit and witness lists must be submitted on the standard federal exhibit/witness form.

3. Counsel shall submit to the Court, in duplicate, a list of all exhibits to be used as evidence at trial. The exhibits shall be listed in the order in which they will be offered at trial.

4. Prior to trial, all counsel must mark exhibits for identification in the order in which they will be offered at trial. **THE CASE NUMBER MUST BE ON EACH EXHIBIT**. The government shall mark its first exhibit Government's Exhibit #1. Defendant's first exhibit shall be marked Defendant's Exhibit #1. Do not mark exhibits "1a, 1b, 1c, etc." Each exhibit should have a separate number.

5. Counsel shall submit to the Court, in duplicate, a list of the names and addresses of the prospective witnesses. This list should be separate from the exhibit list.

6. The calendar clerk shall be advised immediately if the case will not be going to trial.

7. A pretrial conference in this case will be held on **Monday, April 10, 2006, at 9:00 a.m.** The Court **REQUIRES** the attendance of all counsel and defendants at the conference. Counsel should be prepared to discuss any issues related to the trial of the case.

8. **TWO HARD COPIES 3-HOLE PUNCHED OF ALL MATERIALS ARE TO BE SUBMITTED TO:**

**Debbie Halfman**
**300 South 4th Street**
**Suite 200**
**Minneapolis, MN 55415**
**(612) 664-5073.**

9. One copy of all materials are to be served on opposing counsel.

Dated: February 27, 2006

s/Debbie Halfman
DEBRA C. HALFMAN
Calendar Clerk to the
Honorable Michael J. Davis
United States District Court Judge