**6/04**
**MINUTES OF PROCEEDINGS:**
Guilty Plea

Court Reporter: Lori Simpson

# UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Hon. Michael J. Davis, U.S. District Court Judge, Presiding

Time: 9:07 to 9:35 28 minutes

UNITED STATES OF AMERICA,
Plaintiff,

Drew Winter for Ann Anaya
Government's Counsel

v. Criminal File No. 02-355 (MJD/SRN)

(1) JOCAT JANEZ
Defendant.

Bill Orth
Defendant's Counsel

Interpreter: Marianne McEvoy Language: Spanish

TRUE NAME: Marco Antonio Lucio Garcia

Sex: Male Age/DOB: 1967; 38

---

**( ) ARRAIGNMENT & GUILTY PLEA:**

( / ) Indictment.
( ) Information filed.
( ) Waiver of Indictment filed.
( ) Reading waived.
( / ) Charges read into record.
( / ) Plea accepted by the Court

**( / ) CHANGE OF PLEA:**

( / ) Defendant placed under oath.
( / ) Defendant advised of rights.
( / ) Plea Agreement filed.
( / ) Pre-Sentence Investigation Report Ordered.
( / ) Defendant alerted to 7 day deadline for PSI Interview.

( / ) GUILTY PLEA ENTERED to Count(s) 1 of the Indictment.
( / ) Count(s) 2 to be dismissed at sentencing by motion of U.S. Attorney.

A motion was made by the government to change the name on all pleadings to the true name listed above. Motion was granted. Clerk's Office is directed to change the name to Marco Antonio Lucio Garcia.

---

( / ) Remanded to custody of U.S. Marshal

---

Deft. to pay a Special Assessment in amount of $ 100.00 for Count(s) 1 at the time of sentencing.

Dated: March 21, 2006

s/Debbie Halfman
Debbie Halfman, Deputy Clerk