6/04

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
PROCEEDING BEFORE UNITED STATES JUDGE MICHAEL J. DAVIS

Time: 10:05 to 10:26 21 minutes

**SENTENCING MINUTES** Court Reporter: Lori Simpson

Criminal No.: 02-355 (MJD/SRN) Date: July 6, 2006

United States of America, Ann Anaya
Counsel for Government

v.

(1) JOCAT JANEZ Bill Orth
True Name: Marco Antonio Lucio Garcia
Counsel for Defendant

**SENTENCE IMPOSED AS TO COUNT(S)** 1 of the Indictment

( / ) **Custody of Bureau of Prisons for** 168 months.
( / ) Defendant is returned/remanded into U.S. Marshal custody

Supervised Release for 5 years.

Special Assessment of $ 100.00

All remaining counts are dismissed on motion by the government.

( / ) Defendant is advised of appeal rights.

s/Debbie Halfman
Signature of Deputy Clerk Debbie Halfman