**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse* *(612)664-5600*

*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

July 14, 2006

Honorable Michael J. Davis
United States District Court Judge
300 South Fourth Street, Suite 14E
Minneapolis, MN 55415

Re: United States v. (1) Jocat Octavio Janez, a/k/a "Tony"
Criminal No. 02-355(MJD/JGL)

Dear Judge Davis:

The government has received Janez' Post Sentencing Motions and has no objections to defendant's request for a 30 day extension of the deadline for filing a Notice of Appeal in regard to the above-entitled matter.

Sincerely,

RACHEL K. PAULOSE
United States Attorney

s/ Ann Anaya

BY: ANN M. ANAYA
Assistant U.S. Attorney

Enclosure

cc: William Orth, Esq.