# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02cr355(1)(MJD/JGL)

JOCAT OCTAVIO JANEZ,
a/k/a "TONY",
a/k/a Marco Antonio Garcia,

Defendant(s).

I hereby certify that on July 18, 2006, I served, or caused to be served, the following documents:

Government's Response to Defendant's Motion to Modify Sentence

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

William M. Orth, Esq.
email: orthlaw@usinternet.com

RACHEL K. PAULOSE
United States Attorney

s/ Kim Anderson

BY: KIM ANDERSON
Legal Assistant