UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

ORDER
Criminal No. 02-355(1)

Jocat Octavio Janez,
(true name: Marco Lucio Garcia),

Defendant.

---

Ann M. Anaya, Assistant United States Attorney for and on behalf of the United States.

William M. Orth, for and on behalf of Defendant.

---

The Defendant was sentenced on July 6, 2006. By motion filed on July 12, 2006, Defendant moves for a 30 day extension for filing a Notice of Appeal and for resentencing pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure. The Government does not oppose the extension to file a Notice of Appeal, but asserts that Defendant has put forth no basis upon which to grant the request for resentencing. The Court agrees.

Rule 35(a) provides that a court may correct a sentence that resulted from a arithmetical, technical or other clear error, if such motion is filed within seven (7) days after sentencing.

The Defendant does not move for resentencing based on a technical or other clear error. Rather, Defendant raises a new justification for a 120 month sentence. Rule 35(a), however, does not allow for resentencing based on new legal arguments.

Accordingly,

The Defendant's Motion for a 30 day extension for filing a Notice of Appeal is GRANTED. The Defendant's Motion for resentencing is DENIED.

Date: July 24, 2006

___s/Michael J. Davis________________
Michael J. Davis
United States District Court