# UNITED STATES DISTRICT COURT

## District of Minnesota

## NOTICE OF APPEAL

**USCA 8 NO** ____________

| | |
|---|---|
| United States of America | |
| Plaintiff | CR 02-355 (1) (MJD/JGL) |
| vs | District Court Docket Number |
| Jocat Octavio Janez [true name: Marco Lucio Garcia] | Michael J. Davis |
| Defendant | District Court Judge |

Notice is given that Jocat Octavio Janez [true name: Marco Lucio Garcia] appeals to the United States Court of Appeals for the Eighth Circuit from the ✓ Judgment & Commitment    Order (Specify)

entered in this action on July 6, 2006

| | |
|---|---|
| /s/ William M. Orth | William M. Orth |
| Signature of Defendant's Counsel | Typed name of Defendant's Counsel |
| 247 Third Avenue South | (612) 333-6440 |
| Street Address/Room Number | Telephone Number |
| Minneapolis, MN 55415 | July 26, 2006 |
| City    State    Zip | Date |

**TRANSCRIPT ORDER FORM**
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

| Please Prepare a transcript of: | | I am not ordering a transcript because | |
|---|---|---|---|
| | Pre-trial proceedings | | Previously filed |
| | Testimony or | ✓ | Other (Specify) Both Plea Changes |
| | Portions thereof ____________ | | |
| ✓ | Sentencing | | |
| | Post Trial Proceedings | | |
| | Other (Specify) ____________ | | |

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, __✓___ CJA Form 24 completed - TBA

| | |
|---|---|
| /s/ William M. Orth | July 26, 2006 |
| Attorney's Signature | Date |

**NOTE: Complete All Items on Reverse Side**

**INFORMATION SHEET**
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

1. Defendant's Address : U.S. Marshal Service/BOP

2. Date of Plea Change: March 21, 2006 Jury Non-Jury
   Offenses: 21 U.S.C. §841, et seq.
   Trial Testimony - Number of days N/A Bail Status: N/A

3. Sentence and Date Imposed: 168 months imprisonment to BOP; imposed on July 6, 2006

4. Appealing: Sentence ✓ Conviction Both
   Challenging:
   Application of Sentencing Guidelines
   Constitutionality of Guidelines
   ✓ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: July 25, 2006
   Stenographer in Charge : Lori Case
   (Name, Address, Phone) U.S. Courthouse, 300 South Fourth Street, Mpls, MN 55415
   612-664-5104

6. Trial Counsel Was: ✓ Appointed (no fee required) Retained (filing fee $105 unless IFP granted)
   Does Defendant's financial status warrant appointment of counsel on appeal?
   ✓ Yes No
   Affidavit of Financial Status filed: Yes
   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   Yes ✓ No

7. Assistant US Attorney Name and Phone Number: Ann M. Anaya
   612-664-5623

**Court Reporter Acknowledgment**

Date Order Received | Estimated Completion Date | Est. Number of Pages

Court Reporter Signature | Date