**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 06-2941**

**United States of America,**

**Appellee**

**v.**

**Marco Antonio Lucio Garcia, also known as Jocat Octavio Janez,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:02-cr-00355-MJD)

---

**MANDATE**

In accordance with the opinion and judgment of 06/06/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 27, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit